**File Hashes for IP Address 69.141.148.167**

**ISP:** Comcast Cable
**Physical Location:** Trenton, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/31/2014 02:04:04 | 712877CDC7DE31728585AC27F8FFE09E435FEBA5 | Carry Me Home |
| 07/21/2014 23:05:36 | A7A633E425C256C9852C2F5D5D78C2B9BC0C9D08 | Be With Me |
| 07/19/2014 22:30:50 | BF7A5D15FE310B872E98AE323532E8FC64677425 | Rock Me Baby |
| 07/15/2014 18:00:55 | 88F1EBB6C77AA64D4560D42C6ED7A50580869705 | Yours Forever |
| 07/12/2014 01:00:25 | B6560EC7B477E56AF2C3986BE9BDB9369CBEE01C | Summertime Lunch |
| 07/06/2014 19:20:58 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 07/03/2014 22:43:41 | 1ECAEF6B9D06DDE9B5AB1B083534608A7D57E946 | Tie Her Up For Me |
| 06/30/2014 13:27:19 | A26AF7478081B7D3708B4F1CA86F9F344B7174F5 | Season of Love |
| 06/29/2014 19:18:26 | 8480FD8FB3B1B1C3A10796AB71C2A574F9C46722 | Give Me More Part 2 |
| 06/28/2014 04:56:24 | 742320B263F71DF6392F26BE6F75CBFC82688AD8 | Sexy In The City |
| 06/22/2014 02:15:44 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 06/22/2014 02:13:47 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/14/2014 18:01:28 | B9D4CE50042DC4337CE6E769C4D4FE63157C7BD6 | Enjoy My Backdoor |
| 06/12/2014 21:56:30 | C9B95DAFFAF37D0C621B6103FCB14DB26DDF5EAF | Go Down On Me |
| 06/06/2014 21:08:57 | 37145BC78BA08C0B7FC984C78B8698A2CC4168B2 | Sex With Glasses |
| 06/01/2014 20:23:13 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 05/28/2014 21:25:51 | 0FB575065A7682EE9118364408734C4A49FEE3B8 | Just Watch Part 2 |
| 05/25/2014 21:52:53 | 655B828DE4F2721CB8A092CE8CE184D2307E5A88 | Epic Love |
| 05/23/2014 23:20:28 | 8483D212ACA0879401ACF43308B0E15C2FEADAC7 | Two By Two |
| 05/18/2014 03:57:37 | 75D80D1C22D33C98CA4377FA2929158AD7680255 | Group Sex |
| 05/18/2014 00:05:06 | 0EA2EC08BA5DB34365E0C698AFAA6EDFC96EC72C | Meet My Lover From Austria |
| 05/14/2014 00:47:44 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |

EXHIBIT A

CNJ126

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/14/2014 00:32:20 | CC19F6D0B8A548BA757F2A759D6B4621F617B0D1 | Rope Priority |
| 05/07/2014 21:50:12 | 610CFCE7120388DC5837458AB1B8EB83B67B9A8D | Perfect Timing |
| 05/04/2014 14:55:11 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 04/29/2014 22:05:02 | 8E099E1065026C5FB542D254B4B5B1C68F490DE8 | Surprise Surprise |
| 04/26/2014 06:54:01 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 04/18/2014 21:53:01 | 90808CE3282B56F54F47AC8BFB80705B0E00337E | Double Tease |
| 04/09/2014 22:50:28 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 04/06/2014 01:40:44 | A0C3D240CE0CECEA568D2775770199A53745DAA5 | Floating Emotions |
| 03/30/2014 12:59:56 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 03/28/2014 22:12:08 | 7F54C1C11CCF377FC2CD5059E935A0AEA68B4D4C | My Days in Rome |
| 03/24/2014 21:18:48 | 568DFC435ACFEA9BB0C6A1E7435D97D073731A63 | Remembering Strawberry Wine |
| 03/21/2014 21:46:52 | 1104D5D25009B560A8B01553A13AB0707A95D407 | Deep Blue Passion |
| 03/16/2014 00:21:29 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 03/10/2014 16:35:33 | 0CCED93991A3DD2A042FECC8EC5FA02CCE9A0342 | Sweet Dreamers |
| 03/08/2014 10:42:59 | 2B8CABB909C14C56AE67581900DD599AFA9420E4 | Making Music |
| 03/07/2014 18:22:14 | F26E5EE13E5E9304290A9AADCA4F49390A62D7DF | Trophy Wife |
| 03/01/2014 13:58:40 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 02/26/2014 00:10:16 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 02/08/2014 00:42:38 | EA6D5FCBB71047923139D455FAD0452434F44905 | Submissive Seduction |
| 02/04/2014 17:37:50 | A280B5E9142B527BF6F248066AF3C21703CC74CC | Three Way is the Best Way |
| 02/01/2014 19:21:15 | 4A73AE9DD9898E64D250D7781E8D92ACDD79E523 | Risky Business |
| 01/30/2014 23:21:38 | 01F15A72D2A965A83AA085B9293C8F254B69ACBA | A Hot Number |
| 01/22/2014 16:40:20 | 9FFB8F87830E308D8FF943CC4D2023975AF5C55F | Get Wild at Home |
| 01/16/2014 21:04:27 | 6D3D7495DAC20722446E4104B3CE9EC43CAE3C51 | Mile High Club |
| 01/14/2014 00:00:27 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |

EXHIBIT A

CNJ126

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/10/2014 22:25:57 | C1CD39E7B1126E6B78509E0CD1026E1D5388C44C | Getting Ready For You |
| 01/07/2014 00:27:46 | 0944533A55E8D6C20B75C02A55D5CD3C5B75BE29 | In for the Night |
| 01/01/2014 04:33:46 | 2C78E17E90A6065C5500659FDDB52CA0E0477FA7 | And Then There Was You |
| 12/28/2013 00:54:53 | A71F53AF49426369741F89B3CFEB8A692E301CF1 | No Turning Back Part #2 |
| 12/23/2013 23:59:04 | 9B499B104B7038B67FDE2EA459783D3DAB5DE200 | Apertif Our Style |
| 12/20/2013 06:05:35 | 2CC30BA3A123FB78C43DE2E6E61FB6208A4FF28F | Fantasy Come True |
| 12/17/2013 22:35:00 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 12/10/2013 23:09:01 | EBCCB75A9E2A8ED79E1BA39144E7D4299EC14EDB | Lying Around |
| 12/10/2013 00:26:51 | B4C14CD2E96888C11B46C1C688585DACF59ED5B4 | Good Night Kiss |
| 12/05/2013 23:12:24 | A1C00865AD3F18AF456EE64D84078006B5CBA148 | Ready for Love |
| 12/03/2013 01:32:53 | 9FEFF22B7BA424BFB8847B7B41A62450FC059745 | So Right Its Wrong |
| 11/28/2013 00:12:15 | 0ABD96E0353DFDDF8774E1750497C88940F9115C | Arrest Me |
| 11/23/2013 17:20:04 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 11/04/2013 23:14:56 | CC02342113270FB7060BDE947BE60A39B7DB61F7 | Blindfold Me Part #2 |
| 10/24/2013 00:52:13 | 9B15DF320CFBB10FF0A3418DD8E1DFD107D87BB0 | Bohemian Rhapsody |
| 10/23/2013 16:22:12 | EC62A3752C67C856BABED059791ABFC0693D310C | Grow Up With Me |
| 10/22/2013 23:53:24 | 2CAC4193AB9E6C4467225B17D3EFBE186D5528A5 | Much Needed Vacation |
| 10/13/2013 11:00:16 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 10/13/2013 01:45:09 | F5070BE220BC834CAD7F5A7765ABBF4182632C56 | They Meet Again |
| 10/05/2013 16:09:16 | 8BA9BDF05B6F22BFE4E30838CD7127C88A1D6E52 | Date Night at Home |
| 09/29/2013 21:14:40 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 09/29/2013 20:34:15 | 24AC57A3D0FE1F9A4F764BF24D3C76B14813999B | Black and White |
| 09/29/2013 20:28:17 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 09/29/2013 20:26:16 | D847B503DC06820BFE08A4DF2BD9CBAF7C5D1C31 | Two Boys and a Girl |
| 09/29/2013 20:18:40 | A1431B13AAE51DD7514FA0CBD6597F0DD64FB80D | Bottoms Up |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/29/2013 01:56:42 | 353154B495A0AF1D8DF6E6F78E7D8C4F79E0B6E4 | Coucher Avec une Autre Fille |
| 09/28/2013 23:13:24 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 09/28/2013 16:32:19 | 093082CAB5CB2787F01DAB126C6BADEBCFEF6DC1 | Carmen Leila Christmas Vacation |
| 09/28/2013 16:04:50 | 74A918E97A3CF3A4795FBF588BA1D01DA8CE890B | Three for the Show |
| 09/28/2013 16:01:18 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 09/28/2013 15:38:00 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |
| 09/28/2013 15:26:43 | CC6A25F7CF8F5A8255E170A173031322DFA3144B | Leila Last Night |
| 09/28/2013 15:13:13 | F760C8166826B6712709293677420E59898125CE | What a Girl Wants Part #2 |
| 09/28/2013 14:09:12 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 09/28/2013 14:03:22 | 8DEFB779C0FB0E97B6FD55FA1F7D1FCC1C6F9AC4 | Alone Is A Dream Left Behind |
| 09/28/2013 13:44:45 | DB8DC83A365F22DEFEBDA8FAFF48F3436CEE2B72 | We Love Ourselves |
| 09/28/2013 13:41:35 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 09/28/2013 13:19:09 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 09/28/2013 13:14:22 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 09/28/2013 13:13:08 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 09/28/2013 13:11:26 | E97A8AEF76520AA7ABB728A9146F80675DA1EC95 | Getting Down |
| 09/28/2013 13:08:03 | 2834E4C4B376E6F2BAF4DC501C93E0CF4F2AB6F3 | Spilled Milk |
| 09/28/2013 13:03:34 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 09/28/2013 12:58:15 | C92676C4C19990337201EF57912CE20AB906540A | Dreams Do Come True |
| 09/28/2013 12:51:10 | FDBD7F1232A762AC6BAD143087536810C35608CA | Sneaking In |
| 09/28/2013 03:18:18 | 80CB945542D6F1BE181977938D28D2181A1FDB8D | Almost Famous |
| 09/25/2013 23:50:25 | 0C4B2406B2C4F151DC576F747487DB1A555778BE | Come From Behind |
| 09/25/2013 23:28:49 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 09/25/2013 23:26:26 | 7059913201E53FE9A958C8CB08D751879D9929ED | Love with a View |
| 09/20/2013 22:40:22 | 050B8F638E8BB7504E473E619C320350B5F3AA47 | Party Boat |

EXHIBIT A

CNJ126

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/20/2013 22:38:26 | E6C799E4EE2BE3F842863B837C05B703894FD3FE | A Perfect Match |
| 09/20/2013 22:36:21 | 3F89A99D4ED6DC71CC9F7187E7E43F9397717C46 | Come Inside From the Cold |
| 09/09/2013 03:45:18 | 5621ACD553D3D107D405DB3B8DB30C7517CBCC5F | Erotic Stretching and Sex |
| 09/04/2013 06:49:51 | 21629FC4676869D8336961DB2AE8F2EC14770F19 | Sneak N Peek |
| 09/04/2013 05:35:17 | 6ADAE637F7A23AEEE2BFAB31A9E258E396D179DE | Lovers in Paradise |
| 09/04/2013 01:51:44 | DC12C73556BBCEC8EC32C65BC6343DEF1A55DF67 | Malibu Moments |
| 09/04/2013 01:32:17 | BFC0CFEDEDF204DCC3DD3E99E5E0BEB4111180BF | Rose Petals |
| 09/04/2013 01:26:23 | 556262FE519C46C2E412D54F37AD7A468297F857 | Casual Sex |
| 09/03/2013 23:56:15 | 1C4861283F3D58BC3B3A68FF55597199291CED62 | Simply Stunning |
| 09/03/2013 23:42:11 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 09/03/2013 23:32:45 | C14EE70A7C85131AF0A6438934259D9BFE10ECCC | Pretty Back Door Baby |
| 09/03/2013 23:25:29 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home |
| 09/03/2013 09:22:13 | A370D17B424BFF12F33CD4A438ADB0A1F61D9AD1 | Evening at Home Part #2 |
| 09/03/2013 09:21:20 | 94B7D273309BE66346FA168B5128BFDBB4B3A539 | Angel Seaside Romp |
| 09/03/2013 09:20:34 | E585A9E47A98B1E13803043CCA5C10C2960874A7 | Angel Afternoon Delight |
| 09/03/2013 09:15:54 | 3DA5344A0E67A6B950F8419A3D21906DA1EFEC1E | Little Lover |
| 09/03/2013 06:31:12 | CC3DD98D079FC6AD3DDFD7DDFCA701B49CA87D92 | Backstage |
| 09/03/2013 06:23:35 | 51FFE8EADFEEA3815E6A43E9ED9896E524CC55A7 | Farewell |
| 09/03/2013 02:55:12 | 8E082AB4A0CF22E8EEB3AB65CA8B2F9A8EEDB385 | Rolling in the Sheets |
| 09/03/2013 02:51:43 | 7F7E95C9487CE032751995CC58A23CC7E0B50BEF | Tuesday Morning |
| 09/02/2013 23:16:27 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 09/02/2013 23:07:36 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 09/02/2013 22:52:35 | 58965D289717A18D7BDB25C515562F66C07603A9 | Paradise Found |
| 09/02/2013 20:46:15 | 75F3E8A3559488C68F5EE0A0BFF52E24C9ABD1A1 | Blonde Ambition |
| 09/02/2013 20:13:53 | 984E68B212B80E6BDF7455A42C9C8EC4CF5F3636 | Morning Memories |

EXHIBIT A

CNJ126

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/02/2013 17:20:46 | B12623501882781312CEA1EAB3F4FC6E341728F0 | Happy Ending |
| 09/02/2013 12:01:10 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |
| 09/02/2013 11:07:22 | D5C2C52077AECCAFE083BF5A55E23F20C0C53E19 | Featherlight |
| 09/02/2013 10:05:01 | A84A167A3FE7AF87B42E92461AE0B94993D9A88B | Yoga Master and Student |
| 09/02/2013 09:48:58 | 0E4120A99581DFEE582AEA1C7D04026B06EAEC45 | Carmen Poolside Striptease |
| 09/02/2013 09:12:56 | CF4616CBA46B9E6185E86DAE56A3EEAC10FB8F29 | Morning Desires |
| 09/02/2013 08:16:49 | 5C3FC116D6D9E8449C2539686B921642722608D5 | Heart and Soul |
| 09/02/2013 06:11:56 | 56CE512C0B0AD8028A6DA534A824692BE3229864 | Carmen An Afternoon to Remember |
| 09/01/2013 21:02:15 | AAD92737C3F2BEAA6BFB1B0FA95321E2AA7A142C | Angie VIP Lounge |
| 09/01/2013 15:25:04 | 1277288C9F9B9FDA419E36CDEBD2D1EA5FEE6A40 | Green Eyes |
| 09/01/2013 12:35:37 | 51F62F44D78A90F387B09E661711F755A47A42ED | Connie True Love |
| 09/01/2013 11:55:06 | CD4DA2C56C0E981709CE713B82737E015698CF58 | Play Me |
| 09/01/2013 11:16:04 | F71F475FF6808D1C56053E506C04E020546B686C | Slow Motion |
| 09/01/2013 03:06:53 | FA40A6265A9E3D013F8DE51823644B4368C32A34 | Romantic Memories |
| 09/01/2013 02:08:29 | F92029AD5758D6EC3EB2CC58AC2394A790AC4588 | Sacred Romance |
| 08/25/2013 14:17:28 | 4EB6EED3F9A8EB906B2AA80AF8D80DC96A9B4828 | Positively In Love |
| 08/25/2013 14:13:59 | 9F995F7D84155A350E7CDCAAD6F99086124A6C32 | Wild at Heart |
| 08/25/2013 14:00:39 | 8EA62C5707ABBC288C16C4A2CE28F223E74435C7 | Ibiza Love |
| 08/25/2013 13:54:20 | 0CEB015E969DCD3D8174310D6D920E9416AF8F4C | Anneli Dream Girl |
| 08/25/2013 03:34:09 | 30EF93AADDED8B61C7CD9F7231032D8A2B2AA83D | Amazing Grace |
| 08/25/2013 03:29:37 | 8DA81204AE96179A5987BEDECBF9525BC25E5D79 | Breakfast in Bed |
| 08/25/2013 03:23:19 | 45EC8EB67C9B3F66E982ED02CEC6EEBD94334BA7 | Foot Fetish |
| 08/25/2013 03:13:25 | 7E0D02A27049B9D62A44C76C072E147DFE87437C | Pure Grace |
| 08/25/2013 02:36:13 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |
| 08/25/2013 02:29:28 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/25/2013 02:12:03 | 50E2323C100F79C497C6D76861669408E9941EAA | Happy Couple |
| 08/25/2013 02:07:06 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |
| 08/25/2013 02:01:44 | DED0B0060B9C5D1D3A403E407AAD82AF57A830C9 | Morning Tryst |
| 08/25/2013 01:20:25 | A679AAE33A124F4437C2FD57A2354F6C1E94CD37 | Soul Mates |
| 08/25/2013 00:37:25 | AC4FF9B08A0EF87D1CB1C8E7BFFA607BC935F601 | Tarde Espanola |
| 08/25/2013 00:33:46 | E16F96AC819F7AA5A9AABFB5823CC124969333D8 | Pool Party For Three |
| 08/25/2013 00:19:38 | 90B639A9DAB9D2F96C516AB35001449E1122D06C | A Love Story |
| 08/25/2013 00:14:47 | 53BD6716DAAD9EC8128DB6CB81D7C1B742F401A5 | Apartment Number Four |
| 08/24/2013 23:43:47 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 08/24/2013 23:41:34 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | The Rich Girl Part #2 |
| 08/24/2013 23:09:01 | 86BEBDF3C9089854BF4C8CB3E21AD8F72DB71A56 | Late for Work |
| 08/24/2013 23:08:38 | B535394D9F0AD57C6E03068BB3CF9D9234E4C960 | Another Night |
| 08/24/2013 23:04:24 | EDFB694244BFE858D72018E9DD7D7479887D504E | Fashion Models |
| 08/24/2013 22:55:33 | 001A8650407903F13E017FB44C676CEE635A6287 | Bad Girls |
| 08/24/2013 22:46:30 | F0C1C37D5E893FE2EE1C7A63540251077B4A7912 | Snow White and the Prince |
| 08/24/2013 22:31:27 | AD0EC4BB92830688906C36A84AE8DDB1CB41F172 | Happy Birthday Capri |
| 08/24/2013 22:05:25 | 5D078FC4F665E7B3E7D80C47845956542379750F | Transcendence |
| 08/24/2013 19:56:43 | 0A8DA11F1850900EB9E62087FAAFF27ADA304282 | Lunchtime Fantasy |
| 08/24/2013 19:56:22 | A6EB14E87E454CA43454D196146E802392704DF8 | Girls Night Out |
| 08/24/2013 17:37:42 | 8F900BFEF0A5AC1E3A2EAFF4E633C77905BEA1B4 | Circles of Bliss |
| 08/24/2013 17:31:07 | C36DEC68F30937A6694D89B5361968E22F7E1DC7 | Seeing Double |
| 08/24/2013 16:32:53 | 8588A66946A7F1D5E9B16D78207981DC62820F9C | Red Satin |
| 08/24/2013 15:35:33 | 8B1C6D7898C4321D640ADD8BD9F76E3F9F7D0F2D | This Side of Paradise |
| 08/24/2013 13:29:47 | 6A6E16E5E04EC1176BC514CC14BC60EC2011C4B0 | A Wonderful World |
| 08/24/2013 13:04:49 | 761EB8E93F1DB265BFC3CDF7614CAA840AF0D115 | Spur of the Moment |

EXHIBIT A

CNJ126

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/24/2013 12:22:52 | 2B71DF2AF9A600EA727B615A28F1F77466128B17 | Wet Dream |
| 08/24/2013 11:40:17 | 3592BA1AD045251B3893035092370C7AF65ECF15 | Lovers Quarrel |
| 08/24/2013 11:04:43 | 4CEBA603F6C3817AF4117E8662A3E78E4ED0530C | Wild Things |
| 08/24/2013 10:11:25 | 34B65ACA9872A134EE022CADA02257FB052BB2A2 | Want You |
| 08/24/2013 09:57:14 | E77F7B746C7D236EF935E348961A2546407FE3A6 | Mad Passion |
| 08/24/2013 03:58:17 | A679F2D2D24787C5B384F543ED7C7919638B3BFC | Vacation Fantasy |
| 08/24/2013 03:06:43 | 52FEAB406D5907F24DFD22F6C98E80A45C7FF97D | Up Close and Personal |
| 08/24/2013 02:59:40 | 6FB79AF9166C80D39FE01ED6EDBEC52C754B1545 | Together Again |
| 08/24/2013 02:48:48 | D54300AD2CF7EC10BC5E43C42D6064E1D92EEAB4 | Unbelievably Beautiful |
| 08/24/2013 02:28:20 | 172F9D47668509974475A9F129788EF2E5E429F9 | Meet Me in Madrid |
| 08/24/2013 02:19:29 | E9888EFD9A8CD2B243FF9F4F7428FF0310049484 | Afternoon Snack |
| 08/24/2013 02:06:35 | 501FA5733E74A5CA44964D238B79B80E309D32BC | A Day to Remember |
| 08/24/2013 02:01:21 | 8B68096901C5CB40B1648D352B27C6AEE1291666 | Then They Were Three |
| 08/24/2013 01:58:06 | D2EBE0B5D09F1DFC8C483C7F4021433BF03A3F29 | Everlasting Friendship |
| 08/24/2013 01:41:41 | AD7C65F7A53DB297C2445CAB3A40DFE02CB0F37B | Good Morning Baby |
| 08/24/2013 01:38:22 | C1835B5F4F7DDA4E16B08A905E1D7CFBDC0D0C3E | Names |
| 08/24/2013 01:37:41 | 6C3C82CA654A19B20A79EBE87A7DAA35C1D49FFA | New Romance |
| 08/24/2013 01:19:13 | 7B8F799AC6EB16A17FC421AC4E7ACF86C943A0D5 | California Dreams |
| 08/24/2013 01:15:00 | 5359D7B1D0C298C13C28B49EF43301DAA8971358 | I Love X Art |
| 08/24/2013 00:54:20 | D67B9447FE4D02D0FD85EC628261212356A3F0A4 | Oh Mia |
| 08/24/2013 00:44:29 | BBC8DD724A813574ABB58DEDB08A9238AB65C2F1 | Waterfall Emotions |
| 08/24/2013 00:42:01 | 41B2E0CAA9E915CF9A33F06CE658BAFF199C727F | Apartment in Madrid |
| 08/24/2013 00:23:33 | 36B5E5B1F0BD4FD420E645FEA60DF4248C1708D2 | Made for Each Other |
| 08/23/2013 23:59:29 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 08/23/2013 23:52:08 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |

EXHIBIT A

CNJ126

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/23/2013 23:41:46 | 2A02E3E87519201709AAB86D2D7C823FBD686289 | Marry Me |
| 08/23/2013 23:33:40 | 3D7A9FF54EB873B2F3DF66630BEB375C6B87EC2B | Malibu Moments Part #2 |
| 08/23/2013 10:00:09 | 6D1EAE7E3C719810FE077818878FA5362A9EC660 | The Young and the Restless |
| 08/23/2013 09:52:39 | 07A74B1FF51E7AC96986AC70E07F23D335753617 | Still With Me |
| 08/23/2013 09:51:45 | 1B6F4AE0C9A1474DABB813E67CD05763A582455D | Spontaneous |
| 08/23/2013 09:44:34 | BA9D1342A832D2B3EF523B585F4E908EA7902F3B | Make Me Feel Beautiful |
| 08/23/2013 02:53:04 | 5529B88C2C100356DC99BEDDDF84CFD93A459812 | This Really Happened |
| 08/15/2013 08:41:43 | 1A7FE45AE2A0134A89C86BF3217DD14416BAB13A | Yoga in the Sky |
| 08/13/2013 01:48:12 | A6849EF19D4FA152B141950A7C40C5ED69FBC54F | Model Couple |
| 08/12/2013 23:21:42 | FC40B2BF3EDDA3464AA652FF39A7E346B8598513 | Without Words |

**Total Statutory Claims Against Defendant: 207**

EXHIBIT A