**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            Civil Action No.  3:14-cv-05264-JAP-DEA

JOHN DOE, subscriber assigned IP address
69.141.148.167,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 69.141.148.167.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 20, 2014

                                                        Respectfully submitted,

                                                        By:    /s/ *Patrick J. Cerillo*
                                                        Patrick J. Cerillo
                                                        pjcerillolaw@comcast.net
                                                        4 Walter Foran Blvd.
                                                        Suite 402
                                                        Flemington, NJ 08822
                                                         Telephone:  (908) 284-0997
                                                        Facsimile:  (908) 284-0915
                                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By:  /s/ Patrick J. Cerillo_____
                                              Patrick J. Cerillo